JENNIE R. SHERMAN, Respondent, *v.* THE VILLAGE OF
ONEONTA, Appellant.

(Argued March 16, 1894; decided April 10, 1894.)

APPEAL from judgment of the General Term of the Supreme
Court in the fourth judicial department, entered upon an order
made December 9, 1892, which affirmed a judgment in favor
of plaintiff entered upon a verdict, and also affirmed an order
denying a motion for a new trial.

*W. H. Johnson* for appellant.

*Isaac H. Maynard* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

THOMAS D. HURST, Respondent, *v.* TROW'S PRINTING AND
BOOKBINDING COMPANY et al., Appellants.

(Argued March 16, 1894; decided April 10, 1894.)

APPEAL from judgment of the General Term of the Court
of Common Pleas for the city and county of New York,
entered upon an order made February 6, 1893, which affirmed
a judgment in favor of plaintiff entered upon a verdict
directed by the court, and also affirmed an order denying a
motion for a new trial.

*Frederic R. Kellogg* for appellants.

*Andrew Gilhooly,* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.